Samuel L. Donohew  
Kimberly A. Donohew  
6699 Ohio Canal Court  
Canal Winchester, Oh 43110

Date:  3/19/2012

Regarding:  Donohew, Samuel L.  
Invoice No:  16119

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/06/2012 | NJD | Meeting with new client. | 2.00 | $250.00 | $500.00 |
| 3/07/2012 | NJD | Letter to clients regarding information needed. Research Fairfield County Court Records. | 0.20 | $250.00 | $50.00 |
| 3/15/2012 | NJD | Phone call with client regarding status. | 0.10 | $250.00 | $25.00 |
| | | | | Total Fees | $575.00 |

| | | |
|---|---|---|
| Total New Charges | | $575.00 |
| Previous Balance | | $0.00 |
| 2/06/2012  Payment  5023  Consultation Fee. Thank you. | Samuel L. Donohew | $-250.00 |
| Total Payments and Credits | | $-250.00 |
| Balance Due | | $325.00 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Nannette J Dean | 2.30 | $250.00 |