Samuel L. Donohew  
Kimberly A. Donohew  
6699 Ohio Canal Court  
Canal Winchester, Oh 43110

Date:  3/19/2012

Regarding: Donohew, Samuel L.  
Invoice No: 16119

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/06/2012 | NJD | Meeting with new client. | 2.00 | $250.00 | $500.00 |
| 3/07/2012 | NJD | Letter to clients regarding information needed. Research Fairfield County Court Records. | 0.20 | $250.00 | $50.00 |
| 3/15/2012 | NJD | Phone call with client regarding status. | 0.10 | $250.00 | $25.00 |

|  |  |
|---|---|
| Total Fees | $575.00 |
| Total New Charges | $575.00 |
| Previous Balance | $0.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 2/06/2012 | Payment   5023   Consultation Fee. Thank you. | Samuel L. Donohew | | $-250.00 |

|  |  |
|---|---|
| Total Payments and Credits | $-250.00 |
| Balance Due | $325.00 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Nannette J Dean | 2.30 | $250.00 |