# Invoice

**Dean Law Co., LPA**

3757 Attucks Drive
Powell, OH 43065

| Date | Invoice # |
|---|---|
| 11/6/2012 | 71 |

**Bill To**

Samuel L. Donohew
Kimberly A. Donohew
6699 Ohio Canal Ct.
Canal Winchester, OH  43110

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 0.2 | 4/17/12  Letter to clients re: follow up appointment. | 250.00 | 50.00 |
| 0.2 | 5/30/12  Review info faxed by client. Check status of pending litigation. | 250.00 | 50.00 |
| 1 | 6/26/12  Follow up appointment with clients. Phone call with client. | 250.00 | 250.00 |
| 5 | 7/6/12  Prepare schedules, calculate means test. Pull and review credit reports. | 250.00 | 1,250.00 |
| 0.4 | 7/9/12  Calculate and prepare plan and fee contract. | 250.00 | 100.00 |
| 1.5 | 7/9/12  Meeting with clients to review and sign. | 250.00 | 375.00 |
| 1 | 7/12/12  Review bank statements. Phone call with client. Finalize docs for filing. | 250.00 | 250.00 |
| 0.25 | 7/13/12  E-file case. | 250.00 | 62.50 |
| 2 | 7/18/12  Prepare 3 Notices and Suggestions of Stay. Letter to 2 courts enclosing same for filing. Scan and e-mail pay advices and tax returns. Review trustee Norman business case requirements. Begin preparing profit and loss. E-mail to H Mauro re: same. Phone call to client. | 250.00 | 500.00 |
| 0.2 | 7/20/12  Send clients 341 letter. | 250.00 | 50.00 |
| 0.2 | 7/23/12 Review July - Nov. statements to complete P & L for trustee. | 250.00 | 50.00 |
| 0.25 | 8/2/12  Finalize 6 mo. P & L and e-mail to M. Hartnell. Send copy of 2011 tax returns to client. | 250.00 | 62.50 |
| 0.1 | 8/6/12  Follow up with client re: updated insurance info on truck. | 250.00 | 25.00 |
| 0.2 | 8/13/12  Finalize and e-mail July operating report. | 250.00 | 50.00 |
| 0.2 | 8/17/12  Revise P & L and re-send to trustee and various e-mails re: same. | 250.00 | 50.00 |
| 0.2 | 8/21/12  Review pre-rec. Prepare amended schedule F. | 250.00 | 50.00 |
| 0.75 | 8/22/12  Attendance at 341 meeting. | 250.00 | 187.50 |
| 0.35 | 8/23/12  Certificate of service for amended schedule f and file same. Notice of service on GE Capital and file same. Review trustee requirements for business case. | 250.00 | 87.50 |
| 0.2 | 9/6/12  Begin preparing monthly operating statement. Phone call to client re: same. | 250.00 | 50.00 |
| 0.2 | 9/10/12  Finalize operating report and e-mail to M. Hartnell. | 250.00 | 50.00 |
| 0.1 | 10/1/12  Phone call with client re: loss of contract. | 250.00 | 25.00 |
| 0.4 | 10/3/12  Letter to clients re: decreased income. Letter to city of Columbus re: proof of claim. | 250.00 | 100.00 |
| 0.15 | 11/6/12  Preparation and filing of Application for Additional Attorney Fees | 250.00 | 37.50 |
|  | Subtotal |  | 3,762.50 |
| 1 | 7/20/12  Postage and Delivery | 0.45 | 0.45 |
| 1 | 8/2/12  Postage and Delivery | 1.05 | 1.05 |
| 1 | 8/10/12  Postage and Delivery | 0.45 | 0.45 |

**Total**

Dean Law Co., LPA

3757 Attucks Drive
Powell, OH 43065

# Invoice

| Date | Invoice # |
|---|---|
| 11/6/2012 | 71 |

| Bill To |
|---|
| Samuel L. Donohew<br>Kimberly A. Donohew<br>6699 Ohio Canal Ct.<br>Canal Winchester, OH  43110 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 1 | 8/23/12  Postage and Delivery | 1.70 | 1.70 |
| 1 | 8/23/12  Postage and Delivery | 0.65 | 0.65 |
| 1 | 7/18/12  Postage and Delivery | 0.65 | 0.65 |
| 1 | 7/18/12  Postage and Delivery | 0.85 | 0.85 |
| 2 | 10/25/12  Postage and Delivery | 0.45 | 0.90 |
| 5 | 7/18/12  Postage and Delivery | 0.45 | 2.25 |
| 1 | 4/17/12  Postage and Delivery | 0.45 | 0.45 |
|  | Subtotal |  | 9.40 |
| 1 | 7/9/12 PAYMENT RECEIVED | -750.00 | -750.00 |

**Total**  $3,021.90