Dean Law Co., LLC

3757 Attucks Drive
Powell, OH 43065

# Invoice

| Date | Invoice # |
|---|---|
| 5/2/2013 | 112 |

**Bill To**

Samuel L. Donohew
Kimberly A. Donohew
6699 Ohio Canal Ct.
Canal Winchester, OH  43110

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.2 | 11/5/12  Do certification for financial management certificates. | 250.00 | 50.00 |
| 0.1 | 11/20/12  Review state of Ohio tax claim. | 250.00 | 25.00 |
| 0.25 | 11/27/12  Phone call to client re: amended budget. Review claims and case payout. Calculate possible plan modification. | 250.00 | 62.50 |
| 0.1 | 11/29/12  Phone call with client re: possible plan modification. | 250.00 | 25.00 |
| 0.2 | 12/27/12  Letter to Brian Gianangeli re: additional assessments and amended proof of claim. | 250.00 | 50.00 |
| 0.1 | 1/8/13  Review supplemental poc filed by state. | 250.00 | 25.00 |
| 0.2 | 2/1/13  Letter to clients re: tax return. | 250.00 | 50.00 |
| 0.4 | 4/24/13  Review notice of intent to pay claims. Letter to clients re: same. | 250.00 | 100.00 |
|  | Subtotal |  | 387.50 |
| 1 | 2/1/13  Postage and Delivery | 0.46 | 0.46 |
| 1 | 4/24/13  Postage and Delivery | 0.46 | 0.46 |
|  | Subtotal |  | 0.92 |

**Total**  $388.42