# Invoice

**Dean Law Co., LLC**

3757 Attucks Drive
Powell, OH 43065

| Date | Invoice # |
|---|---|
| 7/1/2014 | 231 |

| Bill To |
|---|
| Samuel L. Donohew |
| Kimberly A. Donohew |
| 6699 Ohio Canal Ct. |
| Canal Winchester, OH  43110 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.2 | 1/30/14  Do letter to re: client tax return. | 250.00 | 50.00 |
| 0.1 | 2/3/14  Phone call with client re: loan modification and/or plan modification. | 250.00 | 25.00 |
| 0.2 | 2/4/14  Do letter of authorization for BOA for possible loan mod. Fax to client. | 250.00 | 50.00 |
| 0.1 | 2/3/14  Phone call with client re: plan payments and loan mod. | 250.00 | 25.00 |
| 1 | 3/12/14  Meeting with clients re: possible conversion or motion to modify. | 250.00 | 250.00 |
| 0.2 | 3/17/14  Letter to BOA and client re: loss mitigation. | 250.00 | 50.00 |
| 0.1 | 5/5/14  Phone call with client re: loan mod status. | 250.00 | 25.00 |
| 0.1 | 5/6/14  Phone call with BOA re: loan mod application. Phone call to client re: same. | 250.00 | 25.00 |
| 0.1 | 5/7/14  Phone call with client re: info needed for loan mod. | 250.00 | 25.00 |
| 0.1 | 6/4/14  Phone call with BOA re: loan modification status. | 250.00 | 25.00 |
| 0.1 | 6/5/14  Phone call with client. Review info re: transfer of mortgage servicing. | 250.00 | 25.00 |
| 0.1 | 6/16/14  Phone call with client re: info needed. Phone call with Shellpoint. Check website re: info they require. | 250.00 | 25.00 |
|  | Subtotal |  | 600.00 |
| 1 | 1/30/14 Postage and Delivery | 0.48 | 0.48 |
| 2 | 3/17/14  Postage and Delivery | 0.48 | 0.96 |
|  | Subtotal |  | 1.44 |

**Total** $601.44