# Invoice

**Dean Law Co., LLC**

3757 Attucks Drive
Powell, OH 43065

| Date | Invoice # |
|---|---|
| 11/3/2014 | 259 |

| Bill To |
|---|
| Samuel L. Donohew<br>Kimberly A. Donohew<br>6699 Ohio Canal Ct.<br>Canal Winchester, OH  43110 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 0.2 | 7/15/14  Letter to clients enclosing loan mod info. | 250.00 | 50.00 |
| 0.1 | 8/6/14  Review loan mod app for info needed. | 250.00 | 25.00 |
| 0.75 | 8/8/14  Meeting with client re: loan mod app. | 250.00 | 187.50 |
| 0.5 | 8/21/14  Collate loan mod package. Phone call with client re: info needed. Phone call with mortgage company re: same. | 250.00 | 125.00 |
| 0.1 | 8/25/14  Fax to client re: loan mod signatures needed. | 0.00 | 0.00 |
| 0.25 | 8/26/14  Finalize loan mod package and e-mail same to mortgage company. | 250.00 | 62.50 |
| 0.2 | 9/10/14  Phone call with mortgage company re: loan mod application. E-mail docs again and additional docs. | 250.00 | 50.00 |
| 0.1 | 9/11/14  Receipt and review of HOA statement. E-mail same to mortgage company for loan mod package. | 250.00 | 25.00 |
| 0.2 | 10/3/14  E-mail to Shellpoint with updated bank statement and paystub. Update profit and loss. | 250.00 | 50.00 |
| 0.1 | 10/9/14  Send updated profit & loss, paystub and bank statement for loan mod. | 250.00 | 25.00 |
| 0.2 | 10/17/14  Phone call with Shellpoint re: additional documents needed. Phone call with client. | 250.00 | 50.00 |
| 0.25 | 10/22/14  Revise P & L for loan mod. Draft deposit explanation letter. Meeting with client re: same. | 250.00 | 62.50 |
| 0.2 | 10/8/14  Phone call with Shellpoint re: change they need on 4506-T and re-send form. | 250.00 | 50.00 |
|  | Subtotal |  | 762.50 |
| 1 | 7/15/14  Postage and Delivery | 1.82 | 1.82 |

| | **Total** | | $764.32 |
|---|---|---|---|