# Invoice

Dean Law Co., LLC

3757 Attucks Drive
Powell, OH 43065

| Date | Invoice # |
|---|---|
| 5/4/2015 | 312 |

**Bill To**

Samuel L. Donohew
Kimberly A. Donohew
6699 Ohio Canal Ct.
Canal Winchester, OH  43110

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 0.1 | 11/7/14  Phone call with Shellpoint re: loan mod status. | 250.00 | 25.00 |
| 0.3 | 11/13/14  Review loan mod offer. Phone call with client. Do amended i & J. Fax same. | 250.00 | 75.00 |
| 0.4 | 11/14/14  Do motion to approve trial period payments. | 250.00 | 100.00 |
| 0.5 | 11/18/14  Do motion to modify. Phone call with client. Phone call with Shellpoint re: payment address. | 250.00 | 125.00 |
| 0.2 | 12/11/14  Do order granting motion to approve trial payments. | 250.00 | 50.00 |
| 0.2 | 12/16/14  Do order granting motion to modify. | 250.00 | 50.00 |
| 0.3 | 2/23/15  Meeting with clients to review and sign loan mod docs. | 250.00 | 75.00 |
| 0.5 | 2/27/15  Do motion to approve loan modification. | 250.00 | 125.00 |
| 0.2 | 3/26/15  Do order granting motion to approve loan modification. | 250.00 | 50.00 |
| 0.1 | 4/2/15  Phone call with client re: 2014 tax return. | 250.00 | 25.00 |
| 0.1 | 4/15/15  Review 2014 tax return and provide to trustee. | 250.00 | 25.00 |
|  | Subtotal |  | 725.00 |
| 1 | 11/14/14  Postage and Delivery | 0.69 | 0.69 |
| 57 | 11/14/14  Postage and Delivery | 0.48 | 27.36 |
| 54 | 11/18/14  Postage and Delivery | 0.48 | 25.92 |
| 53 | 2/27/15  Postage and Delivery | 0.48 | 25.44 |
|  | Subtotal |  | 79.41 |

**Total**   $804.41